JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 580 -- In re Metropolitan Life Insurance Co./Liberty Life Insurance Co. Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/14 | 1 | MOTION/MEMORANDUM W/CERT. OF SVC. -- Defendants Liberty Life Insurance Company, Jon M. Rogers, John D. Silvers, James D. Caldwell and Harold M. Merchant, Jr. -- Suggested transferee district: Western District of North Carolina. (jsj) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of defendants Liberty Life Insurance Co., Jon M. Rogers, John D. Silvers, James D. Caldwell & Harold M. Merchant, Jr. for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/23 | | APPEARANCES -- John W. Nields for Liberty Life Insurance Co., Harold M. Merchant, Jr., Jon M. Rogers, John D. Silvers, James D. Caldwell; J. Brantley Phillips, Jr. for Metropolitan Life Insurance Co. (emh) |
| 83/12/29 | 2 | RESPONSE/MEMORANDUM -- Metropolitan Life Insurance Co. -- w/exhibits and cert. of svc. (emh) |
| 84/01/03 | 3 | REPLY -- Defendants Liberty Life Insurance Company, et al. -- w/service. (jsj) |
| 84/01/20 | 4 | SUPPLEMENTAL MEMORANDUM -- Liberty Life Insurance Co., et al. w/Appendix and cert. of svc. (ds) |
| 84/01/24 | | HEARING APPEARANCES: JOHN W. NIELDS, JR., ESQ. for Liberty Life Ins. Co., Harold M. Merchant, Jr., John M. Rogers, John D. Silvers; J. BRANTLEY PHILLIPS, JR., ESQ. for Metropolitan Life Ins. Co.; (cds) |
| 84/01/26 | 5 | SUPPLEMENTAL MEMORANDUM/MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM -- Metropolitan Life Insurance Co. w/cert. of svc. (ds) |
| 84/01/31 | 6 | SECOND SUPLEMENTAL MEMORANDUM -- Liberty Life Ins. Co., et al. -- w/cert. of service (cds) |
| 84/02/06 | | ORDER DENYING TRANSFER of litigation (A-1 thru A-3) pursuant to 28 U.S.C. §1407 (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 580 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE METROPOLITAN LIFE INSURANCE CO./LIBERTY LIFE INSURANCE CO. LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/6/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 2/6/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 580    IN RE METROPOLITAN LIFE INSURANCE CO./LIBERTY LIFE INSURANCE CO. LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Metropolitan Life Insurance Company v. Liberty Life Insurance Company, et al. | D.S.C. Anderson | 83-2895-3 | | | | |
| A-2 | Metropolitan Life Insurance Company v. Liberty Life Insurance Company, et al. | W.D.N.C. McMillan | C-C-83-915-M | | | | |
| A-3 | Metropolitan Life Insurance Company v. Harold M. Merchant, Jr., et al. | N.D.Fla. Vinson | PCA-83-4296-RV | | | | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 580 -- In re Metropolitan Life Insurance Co./Liberty Life Insurance Co. Litigation

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO. (A-1) (A-2) (A-3) J. Brantley Phillips, Jr., Esquire Leatherwood, Walker, Todd & Mann P.O. Box 2248 Greenville, South Carolina 29602 LIBERTY LIFE INSURANCE CO. HAROLD M. MERCHANT, JR. JON M. ROGERS JOHN D. SILVERS JAMES D. CALDWELL John W. Nields, Esquire Howrey & Simon 1730 Pennsylvania Ave., N.W. Washington, D.C. 20006 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 580 -- In re Metropolitan Life Insurance Co./Liberty Life Insurance Co. Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Liberty Life Insurance Co. | A-1,2,3 |
| Jon M. Rogers | A-1, |
| John D. Silvers | A-1 |
| James D. Caldwell | A-2 |
| Harold M. Merchant | A-3 |