JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 580

FEB -6 1984

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE METROPOLITAN LIFE INSURANCE CO./LIBERTY LIFE INSURANCE CO. LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of the three actions listed on the attached Schedule A and pending in three districts as follows: one action each in the District of South Carolina, the Northern District of Florida and the Western District of North Carolina. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize the actions in this litigation in either the Western District of North Carolina or the District of South Carolina for coordinated or consolidated pretrial proceedings. The motion is submitted by Liberty Life Insurance Company, a defendant in each action, and by four individuals who are the remaining defendants in these actions. Metropolitan Life Insurance Company (Metropolitan), the sole plaintiff in each action, opposes centralization.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that any accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we note that each action involves the same plaintiff and the same principal defendant, a factor that increases the opportunities for streamlining this litigation, either by voluntary cooperation among the parties and their counsel or by judicial intervention.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A be, and the same hereby is, DENIED.[1/]

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judges Milton Pollack and Louis H. Pollak recused themselves and took no part in the decision of this matter. In addition, Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ In addition, Metropolitan has moved the Panel to strike as untimely movants' supplemental memorandum filed on January 20, 1984. The motion is granted.

SCHEDULE A

MDL-580 -- In re Metropolitan Life Insurance Co./Liberty Life Insurance Co. Litigation

### District of South Carolina

Metropolitan Life Insurance Company v. Liberty Life Insurance Company, et al., C.A. No. 83-2895-3

### Northern District of Florida

Metropolitan Life Insurance Company v. Harold M. Merchant, Jr., et al., C.A. No. PCA-83-4296-RV

### Western District of North Carolina

Metropolitan Life Insurance Company v. Liberty Life Insurance Company, et al., C.A. No. C-C-83-915-M